110 A.3d 926

IN THE MATTER OF ALLAN P. DZWILEWSKI, AN ATTORNEY AT LAW (ATTORNEY NO. 006461973).

March 27, 2015.

## ORDER

This matter, have been duly presented pursuant to *Rule* 1:20–10(b), following a granting of a motion for discipline by consent in DRB 11–341 of **ALLAN P. DZWILEWSKI** of **WHIPPANY,** who was admitted to the bar of this State in 1973;

And the District XA Ethics Committee and respondent having signed a stipulation of discipline by consent in which it was agreed that respondent violated *RPC* 1.1(a) (gross negligence), *RPC* 1.2(a) (a lawyer shall abide by a client's decision concerning the scope and objectives of the representation), *RPC* 1.3 (lack of diligence), *RPC* 1.4(b) (failure to keep client reasonably informed at the status of matter), and *RPC* 1.4(c) (failure to explain matter to the extent reasonably necessary to permit the client to make informed decisions);

And the parties having agreed that respondent's conduct violated *RPC* 1.1(a), *RPC* 1.2(a), *RPC* 1.3, *RPC* 1.4(b) and *RPC* 1.4(c), and that said conduct warrants a reprimand or lesser discipline;

And the Disciplinary Review Board having found that respondent violated *RPC* 1.2(a), *RPC* 1.4(b) and *RPC* 1.4(c), and having

determined to dismiss the charged violations of *RPC* 1.1(a) and *RPC* 1.3;

And the Disciplinary Review Board having determined that a reprimand is the appropriate discipline for respondent's unethical conduct and having granted the motion for discipline by consent in District Docket No. XA–2010–030E;

And the Disciplinary Review Board having submitted the record of the proceedings to the Clerk of the Supreme Court for the entry of an order of discipline in accordance with *Rule* 1:20–16(e);

And good cause appearing;

It is ORDERED that **ALLAN P. DZWILEWSKI** of **WHIPPANY** is hereby reprimanded; and it is further

ORDERED that the entire record of this matter be made a permanent part of respondent's file as an attorney at law of this State; and it is further

ORDERED that respondent reimburse the Disciplinary Oversight Committee for appropriate administrative costs and actual expenses incurred in the prosecution of this matter, as provided in *Rule* 1:20–17.